

**NDTI™** *National Disease and Therapeutic Index*™
One IMS Drive
Plymouth Meeting, PA 19462

**ATTENTION TO: Dr. RICHARD FISCHBEIN**
IMS Reference #: 664539

You are invited to join a select group of physicians who participate in a nationally recognized, **HIPAA-compliant study** that collects data from office-based physician practices. This is to track patterns of diseases and identify new therapeutic opportunities across the entire US.
**Two days per quarter**, record the following patient information **online.**

- Diagnosis
- Desired action
- Therapy (i.e., drugs prescribed)
- HIPAA-compliant patient demographics

**Your participation in this initiative will benefit both public and private-sector establishments across the globe**, including:

- Centers for Disease Control and Prevention
- Teaching hospitals and medical schools
- World Health Organization (WHO)
- Healthcare manufacturers and R&D

**REWARDS PROGRAM**

As a reward for your contributions, you will earn points towards the purchase of a wide variety of gifts from our catalog (www.imsrxpanels.com), items such as;
- GIFT CARDS (*Macy's, Target, Home Depot, Restaurants, Gas Cards, etc.*)
- TICKETS (*Cinemas, Concerts, Sporting Events*)
- MERCHANDISE (*Garmin®-GPS, KitchenAid®-Housewares, Apple®-electronics, VISA®-Cashcard.*)
- FREE LINKS to Medical Journals & AMA Website

**TO PARTICIPATE, PLEASE PRINT CLEARLY AND FAX TO 1-877-270-0502**

____ Yes, I'll participate      ____ I would like to know more about the study. Contact me.

**Name**_____

**Address**_____

**City**_____ **State**_____ **Zip**_____
**Phone**_____ **Fax**_____
**Mobile Number**_____
**Primary Specialty**_____
**Email**_____

For more information, please contact us via email at: Maribeth.Francisco@quintilesims.com or via phone at: 1-866-373-0383.
**-PLEASE DISREGARD IF YOU ALREADY PART OF NDTI STUDY-**